**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:25-000263-JB |
| | ) |
| WILL HOWARD TAITE, JR., | ) |
| Defendant. | ) |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge Katherine P. Nelson, and with no objections having been made, the plea of guilty of the Defendant **WILL HOWARD TAITE, JR.**, to Count One of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **June 22, 2026, at 10:30 a.m. in Courtroom 4A** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602.

**DONE and ORDERED** this the 7th day of April 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE